No. 00–149. MCKENZIE ET AL. *v.* REHNQUIST, CHIEF JUSTICE OF THE UNITED STATES, ET AL., *ante,* p. 919. Petition for rehear-ing denied. THE CHIEF JUSTICE took no part in the consider-ation or decision of this petition.